```
Court Name: USDC, District of New Jersey

Division: 1
Receipt Number: CAM009700
Cashier ID: cwright
Transaction Date: 05/31/2018
Payer Name: JAMES EVERETT SHELTON
----------------------------------
CIVIL FILING FEE
 For: JAMES EVERETT SHELTON
 Amount:       $400.00
----------------------------------
Paper Check Conversion
 Check/Money Order Num: 1026
 Amt Tendered:  $400.00
----------------------------------
Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

SHELTON V PIVOTAL PAYMENT SYSTEMS
INC
```

"Only when bank clears the check, money order, or verifies credit of funds is the fee or debt officially paid or discharged. A $53 fee will be charged for any payment which is returned or denied for insufficient funds."