AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-cv-09915-NLH-JS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

RECEIVED
JUN - 6 2018
AT 8:30 __ M
WILLIAM T. WALSH, CLERK

This summons for *(name of individual and title, if any)*  BRUCE BREUNIG, JR.

was received by me on *(date)*  06/02/2018  .

☑ I personally served the summons on the individual at *(place)*  105 Wygate Dr, Egg Harbor Township, NJ 08234
on *(date)*  06/02/2018  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*  _____
_____ , a person of suitable age and discretion who resides there,
on *(date)*  _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*  _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*  _____
on *(date)*  _____ ; or

☐ I returned the summons unexecuted because  _____ ; or

☐ Other *(specify)*:

My fees are $  30.00  for travel and $  20.00  for services, for a total of $  50.00  .

I declare under penalty of perjury that this information is true.

Date:  06/02/2018

*Server's signature*

Andrew R. Perrong
*Printed name and title*

1657 The Fairway #131
Jenkintown, PA 19046

*Server's address*

Additional information regarding attempted service, etc:
I asked if a person in the driveway of the residence was Bruce Bruening. I received an affirmative response. He asked if I was serving him legal papers, I told him I was. He asked if I needed anything from him and I answered no.
Description of person served:
Approximately 6'0", Caucasian, Approximately 55 years old, T shirt and Cargo Shorts, Tan Knee-High Socks, Unshaved, Camo color baseball cap.
Served approximately 2:28 PM
Vehicles in Driveway: Dark Buick SUV NJ Plate E47-HHT Silver Buick Sedan NJ Plate B72-FVB