James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
Jeshelton595@gmail.com

Plaintiff, Pro Se

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JAMES EVERETT SHELTON ) | |
| Plaintiff, ) | Civil Action |
| ) | |
| v. ) | No. 1:18-cv-00915-NLH-JS |
| ) | |
| PIVOTAL PAYMENT SYSTEMS, INC., et. al ) | |
| Defendants ) | |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff JAMES EVERETT SHELTON hereby dismisses this action with prejudice, with respect to all Defendants.

Dated: 7/5/2018

*James E. Shelton*

James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
Jeshelton595@gmail.com

**Plaintiff, Pro Se**